**Motion Granted and Order filed February 3, 2022.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-21-00406-CR**
**NO. 14-21-00407-CR**

_____

**LAVONIE  DEMON LAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1633146 and 1633147**

## ORDER

Appellant is represented by appointed counsel, David L. Garza. Appellant's brief was originally due October 11, 2021**.** We have granted a total of 90 days to file appellant's brief until January 25, 2022. No brief was filed by the due date. On January 25, 2022, counsel filed a further motion to extend time to file appellant's brief.

We grant the motion to extend time and issue the following order.

We order David L. Garza to file a brief with the clerk of this court on or before February 24, 2022. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial

court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Wise, Poissant and Wilson.